IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COUNTRYWIDE BANK, FSB, | : | |
| Plaintiff | : | Civil Action 2:08-cv-484 |
| v. | : | Judge Sargus |
| BETH A. PAGLIONI, *et al.* | : | Magistrate Judge Abel |
| Defendants. | : | |

## ORDER

This case came before the Court for a settlement conference on September 28, 2009, at which time the parties reached a full compromise of all remaining issues. Accordingly, the Court hereby **VACATES** its **ORDER SETTING TRIAL DATE**. All pending motions are denied as **MOOT**. The parties will submit an appropriate agreed judgment within **THIRTY (30) DAYS** of the date of this Order.

Edmund A. Sargus, Jr.
United States District Judge

9-29-2009
Dated